UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| In re: | : |
| | : |
| Iris D Kelly | : Case No.: 19-20053 |
| | : Chapter 7 |
| Debtor. | : Judge James R. Ahler |
| | : * * * * * * * * * * * * * * * * * * * * |

## ORDER ON CREDITOR'S MOTION FOR RELIEF FROM AUTOMATIC STAY AND ABANDONMENT OF PROPERTY BECAUSE STATEMENT OF INTENT PROPOSES SURRENDER OF PROPERTY AND NOTICE OF OBJECTION DEADLINE WITH 30-DAY WAIVER (FIRST MORTGAGE)

For good cause shown, Nationstar Mortgage LLC d/b/a Mr. Cooper, its successor and assigns (hereinafter "Creditor")'s Motion for Relief from Automatic Stay and Abandonment of Property is hereby granted.

Creditor filed a motion that requested the Trustee be ordered to abandon his interest in the real property located at 1810 Westfield Ct, Griffith, IN 46319-2088.

The objection deadline has passed, and the Trustee has not filed a written objection to the taking of the proposed action.

Therefore, it is ORDERED that the Trustee abandon his interest in the real property.

Creditor's motion also requested relief pursuant to 11 U.S.C. § 362 and § 554 so that it could accelerate the debt owed by Debtor herein and foreclose its mortgage on real property located at 1810 Westfield Ct, Griffith, IN 46319-2088 (hereinafter "Real Estate"), and otherwise pursue Creditor's contractual and state law remedies.

The objection deadline has passed, and the Debtor has not timely filed a written objection to the taking of the proposed action.

1

19-006435_EJS1

Therefore, pursuant to 11 U.S.C. § 362 and § 554, it is ORDERED that the stay that issued in this action is terminated with respect to Creditor, its successors and assigns, and that the fourteen (14) day stay of the order imposed by Bankruptcy Rule 4001(a)(3) is waived.

Creditor is hereby permitted to take any and all actions necessary to accelerate the balance due on the obligation, to foreclose its mortgage, to sell the collateral in accordance with state law, to apply the net proceeds to this obligation, and to otherwise exercise its contractual and state law rights as to the Real Property.

SO ORDERED this 4th day of March, 2019.

_James R. Ahler_ /JS103
JAMES R. AHLER, JUDGE
UNITED STATES BANKRUPTCY COURT
Northern District of Indiana

19-006435_EJS1